## INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page):    09/30/2020

2. Deadline for first request for production of documents and first request for interrogatories:    09/30/2020

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for:    plaintiff(s) N/A ; defendant(s) N/A

3. Date for completion of any joinder of additional parties and amendment of the pleadings:    11/30/20

3(a). Number of proposed additional parties to be joined, if any, by:    plaintiff(s) 0 ; defendant(s) 0

4. Number of depositions by plaintiff(s) of:    parties 2 ; non-parties TBD, but not to exceed the # permitted by the Fed. R. Civ. P. 30

5. Number of depositions by defendant(s) of:    parties ___ ; non-parties ___

6. Date of status conference (joint status report due two business days in advance):    To be set by the Court

7. Date for completion of factual discovery:    02/01/2021

8. Are expert witnesses needed?    TBD    Yes ___ No ___

8(a). Number of expert witnesses, if any, of plaintiff(s):    medical ___ ; non-medical 0

8(b). Date for completion of those expert reports:    N/A

8(c). Number of expert witnesses, if any, of defendant(s):    medical 0 ; non-medical 1

8(d). Date for completion of those expert reports:    01/15/2021

9. Date for completion of expert discovery:    01/29/2021

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via email two business days in advance):    To be set by the Court

11. Types of contemplated dispositive motions by plaintiff(s) and dates for filing of those motions:    Summary Judgment 02/22/2021

3

12. Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions:

<u>Summmary Judgment</u>
<u>02/22/2021</u>

13. Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)

Not Applicable
Yes ___ No ___

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.)

Yes ___ No <u>X</u>

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.)

Yes ___ No <u>X</u>

4